# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROSLIND HARPER, KRYSTAL DAVIS,      )
KATRINA DAVIS, and KATRICE DAVIS,   )
a minor, KAYANA DAVIS, a minor, AND )
KARIS DAVIS, a minor, by and through )
their mother and next friend,        )
ROSLIND HARPER,                      )
                                     )
        Plaintiffs,            )
                                     )
    vs.                            )     **Case No. 05-cv-397-PMF**
                                     )
THE VILLAGE OF SAUGET, ILLINOIS,    )     **CONSOLIDATED WITH:**
a municipal corporation; JEFF DONAHEY, )
Sauget Police Officer; VILLAGE OF CAHOKIA, )    **Case No. 06-cv-197-PMF**
ILLINOIS; ERIC BAILEY, LARRY FLINN, and )
TERESA NICHOLS,                      )
                                     )
        Defendants.            )

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

    **DATED:  July 29, 2008.**        **NORBERT G. JAWORSKI, CLERK**

                                    **By: s/Karen R. Metheney**
                                             **Deputy Clerk**

**APPROVED:**

*s/Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**